# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-7154**                                         **September Term, 2024**

1:23-cv-03796-APM

Filed On: May 6, 2025 [2114655]

Cheryl Walker,

      Appellee

    v.

Uber Technologies, Inc., et al.,

      Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for a 21-day extension of time to file opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | June 25, 2025 |
| Appendix | June 25, 2025 |
| Appellee's Brief | July 25, 2025 |
| Appellants' Reply Brief | August 15, 2025 |

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                        BY:    /s/
                                Scott H. Atchue
                                Deputy Clerk