# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7154**                                         **September Term, 2024**

1:23-cv-03796-APM

**Filed On: July 11, 2025** [2125034]

Cheryl Walker,

        Appellee

    v.

Uber Technologies, Inc., et al.,

        Appellants

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file the answering brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | August 25, 2025 |
| Appellants' Reply Brief | September 15, 2025 |

                                                                       **FOR THE COURT:**
                                                                       Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk