# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-7154** | **September Term, 2025**

FILED ON: AUGUST 28, 2026

CHERYL WALKER,
APPELLEE

v.

UBER TECHNOLOGIES, INC., ET AL.,
APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cv-03796)

---

Before: SRINIVASAN, *Chief Judge*, MILLETT and PAN, *Circuit Judges*

**JUDGMENT**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: August 28, 2026

Opinion for the court filed by Chief Judge Srinivasan.